RANDY S. GROSSMAN
United States Attorney
BADIH A. MOUANNES
Assistant U.S. Attorney
California Bar No. 326741
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-9738
Badih.Mouannes@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 22mj08696-DDL |
|---|---|
| Plaintiff, | **STIPULATION OF FACT AND JOINT MOTION FOR RELEASE OF MATERIAL WITNESS(ES) AND ORDER THEREON** |
| v. | |
| JULIO EMANUEL ARA-REVOLORIO, | (Pre-Indictment Fast-Track Program) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Randy S. Grossman, United States Attorney, and Badih A. Mouannes, Assistant United States Attorney, and defendant JULIO EMANUEL ARA-REVOLORIO, by and through and with the advice and consent of defense counsel, David S. Wilson and Ralph Cordova, that:

1. Defendant agrees to execute this stipulation on or before the first arraignment date and to participate in a full and complete inquiry by the Court into whether defendant knowingly, intelligently, and voluntarily entered into it.

2. The material witnesses, Mipsam Jose Axel Rivera-Perez, and Jose Vara-Reza, in this case:

   a. Are aliens with no lawful right to enter or remain in the United States;

        b.     Entered or attempted to enter the United States illegally on or about October 2, 2022;

        c.     Were to be transported by a vehicle and, as to Mipsam Jose Axel Rivera-Perez, driven by defendant JULIO EMANUEL ARA-REVOLORIO, near El Centro.

        d.     Were paying or having others pay on their behalf an amount between approximately $9,200 and $10,500 to be brought into the United States illegally and/or transported or moved illegally to their destination(s) therein; and,

        e.     May be released and remanded immediately to the Department of Homeland Security for return to their country(ies) of origin.

3. The vehicle driven by defendant in this case was seized as evidence and is held by the Department of Homeland Security.

4. After the court has ordered the material witnesses released, pursuant to this stipulation and joint motion, if defendant does not plead guilty to a violation of 8 U.S.C. § 1324, for any reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any proceeding, including, but not limited to, motion hearings, trial, sentencing, appeal, or collateral attack, that:

        a.     The stipulated facts set forth in paragraph 2 above shall be admitted as substantive evidence;

        b.     The United States may elicit hearsay testimony from arresting agents regarding any statements made by the material witness(es) provided in discovery, and such testimony shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest of (an) unavailable witness(es);

        c.     Understanding that under *Crawford v. Washington*, 541 U.S. 36 (2004), "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant waives the right to confront and cross-examine the material witness(es) in this case.

5. By signing this stipulation and joint motion, defendant certifies that defendant has read it (or that it has been read to

defendant in defendant's native language).  Defendant certifies further that defendant has discussed the terms of this stipulation and joint motion with defense counsel and fully understands its meaning and effect.

    Based on the foregoing, the parties jointly move the stipulation into evidence and for the immediate release and remand of the above-named material witness(es) to the Department of Homeland Security for return to their country of origin.

    It is **STIPULATED AND AGREED** this date.

Respectfully submitted,

RANDY S. GROSSMAN
United States Attorney

10/18/22
DATED

BADIH A. MOUANNES
Assistant U.S. Attorney

10/26/2022
DATED

DAVID S. WILSON
RALPH CORDOVA
Defense Counsel

10/25/22
DATED

JULIO EMANUEL ARA-REVOLORIO
Defendant

**O R D E R**

Upon joint application and motion of the parties, and for good cause shown,

**THE STIPULATION** is admitted into evidence; and

**IT IS ORDERED** that the above-named material witness(es) be released and remanded forthwith to the Department of Homeland Security for return to their country of origin.

**SO ORDERED.**

_____     _____
DATED                                United States Magistrate Judge